UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aaron Abadi,

                Plaintiff,

-against-

United States of America, et al.,

                Defendants.

23-CV-7413 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      On September 9, 2024, the Court dismissed Plaintiff's complaint but granted leave to amend by November 8, 2024. ECF No. 8. The Court warned that if Plaintiff failed to comply within the time allowed, the action would be dismissed. *Id.* at 16. Plaintiff failed to amend by November 8, 2024, and instead filed an appeal. ECF No. 12. On November 14, 2024, the Court stayed this matter until the Second Circuit resolved Plaintiff's appeal. ECF No. 14. On April 21, 2025, the Second Circuit issued a mandate denying Plaintiff's motion and dismissing the appeal. In light of the foregoing, the Clerk of Court is directed to LIFT the stay in this matter and CLOSE the case. ECF No. 15.

Dated: April 22, 2025
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge